UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


James Halsey

                    Plaintiff(s),

          v.

JP Morgan Chase Bank

                   Defendant(s).
_____/

Case No.  3:08-cv-01335-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL


Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: May 21, 2008
                                        /s/ James Halsey
                                        [Party]


Dated: May 21, 2008
                                        /s/ Shawn R. Miller
                                        [Counsel]

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on May 22, 2008, I electronically filed the following documents using the

3  CM/ECF system which will send notification of such filing to the e-mail addresses of the parties on record

4  with the court in this matter:

5      ADR CERTIFICATION BY PARTIES AND COUNSEL

6

7      I certify under penalty of perjury under the laws of the United States of America that the foregoing

8  is true and correct.

9

10   DATED: May 22, 2008                          By: _____ /s/ *Christopher B. Dolan*_____

11                                                        Christopher B. Dolan

12

13                                                  THE DOLAN LAW FIRM
                                                    1438 Market Street
14                                                  San Francisco, CA 94102
                                                    Telephone: (415) 421-2800
15                                                  Facsimile: (415) 421-2830
                                                    shawn@cbdlaw.com

16                                                  Attorney for Plaintiff
                                                    JAMES HALSEY

17

18

19

20

21

22

23

24

25

26

27

28

THE
DOLAN
LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

James Halsey

                 Plaintiff(s),

            v.

JP Morgan Chase Bank

               Defendant(s).

_____/

Case No. 3:08-cv-01335-EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45):*

        (2) Discussed the available dispute resolution options provided by the Court and private entities; and

        (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 21, 2008

                                            [Party]

Dated: May 21, 2008

                                            [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."