UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

James Halsey

                Plaintiff(s),

v.

JP Morgan Chase Bank

                Defendant(s).

No. C V081335

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2 Jun 08

Signature: [signature]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")