**United States District Court**
For the Northern District of California

1
2
3
4
5
6         UNITED STATES DISTRICT COURT
7         NORTHERN DISTRICT OF CALIFORNIA
8
9                                                Case No. __3:08-cv-01335-EMC__

10   James Halsey,
                     Plaintiff(s),
11
     v.
12
13
14   JP Morgan Chase Bank,
                     Defendant(s).
15
     _____/
16
**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ___June 2, 2008___                            ___/s/ Shawn R. Miller___
                                                     Signature

                                                     Counsel for: ___Plaintiff___
                                                     (Name of party or indicate "pro se")