**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                       General Court Number
Clerk                                                              415.522.2000

**June 3, 2008**

**CASE NUMBER:  CV 08-01335 EMC**
**CASE TITLE:  JAMES HALSEY-v-JP MORGAN CHASE BANK**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Marilyn H. Patel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/3/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                      Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 6/3/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA