**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking General Court Number
Clerk 415.522.2000

**June 5, 2008**

**CASE NUMBER: CV 08-01335 MHP**
**CASE TITLE: JAMES HALSEY-v-JP MORGAN CHASE BANK**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/5/08

 FOR THE EXECUTIVE COMMITTEE:

 _____Richard W. Wieking_____
 Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies Special Projects
Log Book Noted Entered in Computer 6/5/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel Transferor CSA