1  ROBERT E. BELSHAW, ESQ. (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
3  244 California Street, Suite 300
   San Francisco, CA 94111
4  Telephone: (415) 398-2385
   Facsimile: (415) 398-5800
5
   Attorneys for JPMorgan
6  Chase Bank, N. A.

7
## UNITED STATES DISTRICT COURT
8
## NORTHERN DISTRICT OF CALIFORNIA
9

10

| JAMES HALSEY | ) Case No.: C 08-01335 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLARATION OF ROBERT E. BELSHAW AND APPLICATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| JP MORGAN CHASE BANK, CHASE HOME EQUITY CORRESPONDENTS, RICK KRADEL AND /OR DOES ONE THROUGH FIFTY | ) **CURRENT CMC DATE: JUNE 20, 2008** |
| Defendants | ) |

I, Robert E. Belshaw, declare:

I am counsel for Defendant JP Morgan Chase Bank, N. A. in this matter. I request that the Case Management Conference currently set for June 20, 2008 be rescheduled. The reason for this request is that I will be out of the state from June 19-23 and have sole responsibility far a child traveling with me.

This matter was assigned to Judge Marilyn Hall Patel and set for a Case Management Conference on June 11. Judge Patel recused herself on June 4. The case was subsequently

assigned to this Court and an order scheduling the Case Management Conference was e-filed on June 6.  Unfortunately, I was out of town and did not receive the order until my return on June 10.  On that date, I called to advise the court of the conflict and ask for guidance via the Court's voicemail, but did not receive a response.

    I have subsequently attempted to contact the Plaintiff's counsel in order to obtain a stipulation to continue the Case Management Conference but have, as of this writing, not been successful in speaking to either of the attorneys on the pleading. I apologize for any inconvenience this late request may cause the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED:     June 13, 2008                    GUTIERREZ & ASSOCIATES

By: /S/ Robert Belshaw

Robert E. Belshaw
Attorneys for JPMorgan Chase Bank, N.A.