```
 1  ROBERT E. BELSHAW, ESQ. (SBN 142028)
    OF COUNSEL
 2  GUTIERREZ & ASSOCIATES
    244 California Street, Suite 300
 3  San Francisco, CA 94111
    Telephone: (415) 398-2385
 4  Facsimile: (415) 398-5800
 5
    Attorneys for JPMorgan
 6  Chase Bank, N. A.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY | ) Case No.: C 08-01335 JSW |
| Plaintiff, | ) |
| v. | ) **JP MORGAN CHASE BANK N.A.'S** <br> ) **CERTIFICATE OF INTERESTED** <br> ) **PARTIES** |
| JP MORGAN CHASE BANK, CHASE HOME EQUITY CORRESPONDENTS, RICK KRADEL AND /OR DOES ONE THROUGH FIFTY | ) <br> ) <br> ) <br> ) |
| Defendants | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

JP Morgan Chase Bank N.A. is ultimately a wholly owned subsidiary of JP Morgan Chase & Co, a publicly traded company listed on the New York Stock Exchange under the symbol JPM.  There is no publicly held corporation that owns 10% or more of JP Morgan Chase & Co.'s stock.

**CASE C08-01335 JSW APPLICATION TO RESET CMC**

1 | Chase Home Equity Partners is not a legal entity, but a business division within JP
2 | Morgan Chase Bank, N.A.
3
4 |                                         Respectfully submitted,
5
6
7 | DATED:     June 13, 2008                    GUTIERREZ & ASSOCIATES
8
9 |                                         By: _/S/ Robert Belshaw
10 |                                         Robert E. Belshaw
                                        Attorneys for JPMorgan Chase Bank, N.A.