Christopher B. Dolan (SBN 165358)
Shawn R. Miller (SBN 238447)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
JAMES HALSEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY,<br><br>    Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE, a business of unknown form; CHASE HOME EQUITY CORRESPONDENTS, a business of unknown form; RICK KRADEL, an individual; and/or DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 08-01335 JSW<br><br>**PLAINTIFF JAMES HALSEY'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S APPLICATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>CURRENT CMC DATE: June 20, 2008 |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

    Plaintiff JAMES HALSEY has no objection to Defendant's request to reschedule the Case

///
///
///
///
///
///

1

**Plaintiff James Halsey's Statement of Non-Opposition**

**THE DOLAN LAW FIRM**
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

1 | Management Conference set for June 20, 2008.

2 | DATED: June 16, 2008

**THE DOLAN LAW FIRM**

/s/

By: _____

CHRISTOPHER B. DOLAN
Attorney for Plaintiff
JAMES HALSEY

THE
DOLAN
LAW FIRM
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA
94102
TEL: (415) 421-2800
FAX: (415) 421-2830

2
**Plaintiff James Halsey's Statement of Non-Opposition**