**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES HALSEY | ) Case No.: C 08-01335 JSW |
| | ) |
| Plaintiff, | ) **PROPOSED** |
| | ) **ORDER RESCHEDULING CASE** |
| v. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| JP MORGAN CHASE BANK, CHASE HOME EQUITY CORRESPONDENTS, RICK KRADEL AND /OR DOES ONE THROUGH FIFTY | ) ) ) ) |
| | ) |
| Defendants | ) |

Having read and considered the Application of JP Morgan Chase Bank, N. A. and Statement of Non- Opposition filed by Plaintiff, and good cause being shown:

**The Application is Granted.** The Case Management Conference in this matter is reset for _____, 2008 at ____ p.m. The parties shall file a joint Case Management Statement no later than five court days before the Conference.

**IT IS SO ORDERED.**

Dated _____, 2008    _____
                          Hon. JEFFREY. S. WHITE
                          UNITED STATES DISTRICT COURT JUDGE