1  ROBERT E. BELSHAW, ESQ. (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
3  244 California Street, Suite 300
   San Francisco, CA 94111
4  Telephone: (415) 398-2385
   Facsimile: (415) 398-5800
5
   Attorneys for JPMorgan
6  Chase Bank, N. A.
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JAMES HALSEY ) | Case No.: C 08-01335 JSW |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF ROBERT E.** |
| v. ) | **BELSHAW AND APPLICATION TO** |
| ) | **RESCHEDULE CASE MANAGEMENT** |
| JP MORGAN CHASE BANK, CHASE ) | **CONFERENCE  AND ORDER THEREON** |
| HOME EQUITY CORRESPONDENTS, ) | |
| RICK KRADEL AND /OR DOES  ONE ) | **CURRENT CMC DATE:  JUNE 20, 2008** |
| THROUGH FIFTY ) | |
| ) | |
| Defendants ) | |

I, Robert E. Belshaw, declare:

I am counsel for Defendant JP Morgan Chase Bank, N. A. in this matter. I request that the Case Management Conference currently set for June 20, 2008 be rescheduled. The reason for this request is that I will be out of the state from June 19-23 and have sole responsibility far a child traveling with me.

This matter was assigned to Judge Marilyn Hall Patel and set for a Case Management Conference on June 11. Judge Patel recused herself on June 4. The case was subsequently

- 1 -
**CASE C08-01335 JSW APPLICATION TO RESET CMC**

assigned to this Court and an order scheduling the Case Management Conference was e-filed on June 6.  Unfortunately, I was out of town and did not receive the order until my return on June 10.  On that date, I called to advise the court of the conflict and ask for guidance via the Court's voicemail, but did not receive a response.

I have subsequently attempted to contact the Plaintiff's counsel in order to obtain a stipulation to continue the Case Management Conference but have, as of this writing, not been successful in speaking to either of the attorneys on the pleading. I apologize for any inconvenience this late request may cause the Court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

DATED:       June 13, 2008                                    GUTIERREZ & ASSOCIATES

                                                      By:  /S/ Robert Belshaw

                                                      Robert E. Belshaw
                                                      Attorneys for JPMorgan Chase Bank, N.A.

The request is GRANTED.  The case management conference is CONTINUED to August 29, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Date:  June 16, 2008                                    *[signature: Jeffrey S. White]*

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE