ROBERT E. BELSHAW, ESQ. (SBN 142028)
OF COUNSEL
GUTIERREZ & ASSOCIATES
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorneys for JPMorgan
Chase Bank, N. A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY | ) Case No.: C 08-01335 JSW |
| Plaintiff, | ) |
| v. | ) **JP MORGAN CHASE BANK N.A.'S** |
| | ) **CERTIFICATE OF SERVICE OF HON.** |
| JP MORGAN CHASE BANK, CHASE HOME EQUITY CORRESPONDENTS, RICK KRADEL AND /OR DOES ONE THROUGH FIFTY | ) **JEFFREY S. WHITE'S STANDING** ) **ORDERS** |
| Defendants | ) |

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 244 California Street, Suite 300 San Francisco, California 94111.

On, June 16, 2008, I served the following documents(s) described as

HON. JEFFREY S. WHITE'S CIVIL STANDING ORDERS

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

> Christopher B. Dolan
> Shawn R. Miler
> The Dolan Law Firm
> 1438 Market Street
> San Francisco CA 94102

   X   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 392-0827. The names(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

   X   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

Executed on June 16, 2008 at San Francisco, California.

                                            /S/Robert Belshaw
                                            Robert E. Belshaw