# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Halsey,<br><br>        Plaintiff(s),<br><br>    v.<br><br>JP Morgan Chase,<br><br>        Defendant(s). | 08-01335 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Eileen Evans Barker**
> Barker Mediation
> 175 North Redwood Dr., Suite 295
> San Rafael, CA 94903
> 415-925-0900
> ebarker7@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01335 JSW MED                           - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: June 24, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01335 JSW MED                    - 2 -