# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 29, 2008                  **Court Reporter:** Belle Ball


**CASE NO. C-08-1335  JSW**

**TITLE:**  James Halsey v. JP Morgan Chase, et al.,


**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**

Scott Bonogofsky                           Robert Belshaw
Shawn Miller

**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by September 5, 2008         .

      **Close of fact discovery:  6-5-09**

      **Close of Expert discovery: 7-1-09**

      **Hearing on dispositive motions (if any): 7-31-09 at 9:00 a.m**

      **Pretrial Conference: 9-8-09 at 2:00 p.m.**

      **Jury Trial: 9-28-09 at 8:00 a.m.**


      **Further Case Management Conference:  6-19-09 at 1:30 p.m.**
      **Joint Supplemental Statement due:  6-12-09**