1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

James Halsey

          Plaintiff(s),

   v.

JP Morgan Chase Bank, NA

          Defendant(s).
_____/

No. C 08-CV01335 JSW

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition

Dated: 090508

Signature _[signature]_

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")