ROBERT E. BELSHAW, ESQ. (SBN 142028)
Of Counsel, Gutierrez & Associates
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 398-2385
Facsimile: (415) 398-5800

Attorneys for JP Morgan
Chase Bank, N. A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N. A.,<br><br>Defendant. | Case No. C081335 JSW MED<br><br>**Order Permitting Defendant's Participation at Mediation by Telephone**<br>**ADR Local Rule 6-9 (d)** |

Good cause having been shown, Defendant JP Morgan Chase Bank N. A.'s application for leave to participate in the mediation of this matter by telephone is granted. JP Morgan Chase N.A.'s corporate representative shall be available by telephone for the duration of the mediation.

Dated: 9-30-08

Hon. Wayne D. Brazil
Magistrate Judge

- 1 -
CASE NO. C 07 4237