IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HALSEY,

    Plaintiff,

  v.

JP MORGAN CHASE BANK,

    Defendant.
                                       /

No. C 08-01335 JSW

**ORDER RE DISCOVERY DISPUTE**

Now before the Court is the joint letter dated May 21, 2009 outlining the discovery dispute regarding Plaintiff's request to conduct several remote depositions by videoconference. It is clear from the parties' submission that the crux of the dispute rests on the scheduling of the depositions, not on the precise mechanics of conducting the deposition by videoconference. In to order to accommodate both counsel, the Court HEREBY CONTINUES the last day to complete non-expert discovery to June 19, 2009. The parties shall work together to coordinate their schedules and the schedule for the remaining depositions in this matter. The depositions may occur by videoconference, but the timing of the depositions should permit Defendant's counsel to be available for the actual deposition as well as time to prepare the witnesses beforehand.

    **IT IS SO ORDERED.**

Dated: May 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE