IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY, | |
|     Plaintiff, | No. C 08-01335 JSW |
| v. | |
| JP MORGAN CHASE BANK, | **ORDER SETTING BRIEFING SCHEDULE AND CONTINUING DATES** |
|     Defendant. | |

This matter is set for a hearing on August 28, 2009 on Defendant JP Morgan Chase Bank's motion for summary judgment. Due to the Court's calendar, the hearing on the motion is CONTINUED to September 18, 2009 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 10, 2009 and a reply brief shall be filed by no later than August 17, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

1  In addition, the pretrial conference is CONTINUED from November 2, 2009 to
2  December 7, 2009 at 2:00 p.m.  The trial is CONTINUED from November 30, 2009 to
3  commence on January 11, 2010 at 8:00 a.m.

5  **IT IS SO ORDERED.**
6  Dated: July 27, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE