IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK,<br><br>    Defendant.<br>_____/ | No. C 08-01335 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    This matter is set for a hearing on August 28, 2009 on Plaintiff James Halsey's motion for partial summary judgment. Due to the Court's calendar, the hearing on the motion is CONTINUED to September 18, 2009 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 11, 2009 and a reply brief shall be filed by no later than August 18, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 28, 2009

                                                     JEFFREY S. WHITE<br>
                                                     UNITED STATES DISTRICT JUDGE