IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY, | |
| Plaintiff, | No. C 08-01335 JSW |
| v. | |
| JP MORGAN CHASE BANK, | **ORDER VACATING HEARING DATE** |
| Defendant. | |
| _____/ | |

The motion for summary judgment filed by Defendant JP Morgan Chase Bank and the cross-motion for partial summary judgment filed by Plaintiff James Halsey are currently set for hearing on Friday, October 9, 2009 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds these matters are suitable for disposition without oral argument and are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for October 9, 2009, is VACATED. .

**IT IS SO ORDERED.**

Dated: October 8, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE