1  CHRISTOPHER B. DOLAN (SBN 165358)
   SHAWN R. MILLER (SBN 238447)
2  THE DOLAN LAW FIRM
   1438 Market Street
3  San Francisco, CA 94102
4  Telephone: (415) 421-2800
   Facsimile: (415) 421-2830
5
   SCOTT BONAGOFSKY (SBN 190255)
6  1 Market Street
   Steuart Tower, Suite 1600
7  San Francisco CA 94105
8  Telephone: (415) 882-1555
   Facsimile: (415) 882-1551
9
   Attorneys for Plaintiff JAMES HALSEY
10
   ROBERT E. BELSHAW, ESQ. (SBN 142028)
11 Of Counsel
   GUTIERREZ & ASSOCIATES
12 244 California Street, Suite 300
13 San Francisco, CA 94111
   Telephone: (415) 398-2385
14 Facsimile: (415) 398-5800

15
   Attorneys for Defendant JP MORGAN CHASE BANK, N. A.
16

17                    **UNITED STATES DISTRICT COURT**
18                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20 JAMES HALSEY              ) Case No. 08-CV-01335 JSW
21                           )
                             ) **JOINT STIPULATION AND**
22         Plaintiff,        ) **[PROPOSED] ORDER RE**
                             ) **CONTINUANCE OF PRETRIAL FILING**
23      v.                   ) **DEADLINES AND FINAL PRETRIAL**
                             ) **CONFERENCE, AND TRIAL DATE**
24 JP MORGAN CHASE BANK, N. A., AND )
   DOES ONE THROUGH FIFTY,   ) Final Pretrial Conf. Date: December 7, 2009
25                           ) Time:  2:00 p.m.
                             )
26         Defendant.        )

27
28
                                        - 1 -
   **JOINT STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF PRETRIAL CONFERENCE**
                              **AND TRIAL DATE**
                          **CASE NO. CV 08 01335 JSW**

1. Plaintiff's lead trial counsel, Scott Bonagofsky, has been sworn onto a civil jury for an asbestos trial in San Francisco Superior Court, Department 606, the Honorable Tomar Mason presiding, beginning on November 23, 2009, at 1:30 p.m.;

2. The asbestos trial is estimated to last until December 18, 2009, and possibly until December 21, 2009. The courtroom is dark on December 10 and 11, 2009, and in the afternoon of December 14, 2009.

3. Plaintiff's counsel's jury service, the jury selection process of which began on Monday, November 16, 2009, has interfered with the parties' ability to complete all of the pretrial filings that were due on November 23, 2009. Plaintiff's counsel's jury service will also make it impossible for him to attend the Final Pretrial Conference, which is currently scheduled for December 7, 2009, at 2:00 p.m. in this Court.

4. The parties jointly request a continuance of the Final Pretrial Conference and associated filing deadlines until any available, suitable date and time after December 21, 2009, when the asbestos trial is scheduled to end.

5. The parties also request a brief continuance of the January 11, 2010 trial date to facilitate the scheduling of the pretrial filings and Final Pretrial Conference, and to allow the parties to participate in a follow-up mediation session in early January 2010. The parties believe that the likelihood of settlement is greater now that the parties have obtained this Court's rulings on the parties' motions for summary judgment and partial summary judgment.

6. The parties had scheduled a follow-up mediation session for December 2, 2009, with mediator Eileen Barker, but had to cancel that date due to Plaintiff's lead trial counsel's jury service. Ms. Barker is unavailable until after December 21, 2009, and has limited availability in December 2009 after that date. The parties jointly request that the Court continue the January 11, 2010 trial date to early

- 2 -

February 2010 to allow them to conduct the follow-up mediation session in early January 2010.

7. Plaintiff's lead trial counsel has an eight-day JAMS arbitration scheduled for March 1, 2010, and that case is not expected to settle prior to the arbitration. There is a chance that the March 1, 2010 arbitration date will be continued for a brief period of a few weeks to accommodate Plaintiff's lead trial counsel's schedule, but that will not be known until at least December 3, 2009, when the arbitrator, Hon. Nat Agliano, is scheduled to hear a conference call regarding the request for a continuance of the arbitration date. Plaintiff's counsel respectfully requests that the trial in this case not be scheduled later than February 8, 2010.

8. It is so stipulated and agreed by the parties.

Dated: November 23, 2009                                GUTIERREZ & ASSOCIATES

/s/Robert Belshaw
Robert Belshaw
Attorneys for Defendant


THE DOLAN LAW FIRM
Dated: November 23, 2009

/s/ Shawn R. Miller
Shawn R. Miller
Attorneys for Plaintiff

SCOTT BONAGOFSKY, ATTORNEY AT LAW
Dated: November 23, 2009

/s/ Scott Bonagofsky
Scott Bonagofsky
Attorneys for Plaintiff

- 3 -
**JOINT STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE**
**CASE NO. CV 08 01335 JSW**

**PROPOSED ORDER**

Pursuant to the parties' Stipulation, IT IS ORDERED THAT:

1. The Final Pretrial Conference is continued to __February 1__, 20_10_ at 2:00 p.m.;

2. The parties' pretrial filings shall be due in accordance with the Court's Standing Orders, based on the above Final Pretrial Conference date.

3. [The trial date in this matter is continued to __February 22__, 20_10_, at _8_:_00_ a.m.]

DATED: _November 30, 200_9

_/s/ Jeffrey S. White_
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

- 4 -
**JOINT STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE**
**CASE NO. CV 08 01335 JSW**