IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HALSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK,<br><br>    Defendant.<br>_____ / | No. C 08-01335 JSW<br><br><br><br><br>**ORDER TO SHOW CAUSE** |

On January 12, 2010, this Court received notice that this matter had fully settled. Thereafter, the Court vacated the pretrial and trial dates and deadlines. However, the Court has not yet received a stipulation of dismissal. Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed. The parties response to this Order to Show Cause or a Stipulation of Dismissal shall be due by no later than June 25, 2010.

**IT IS SO ORDERED.**

Dated: June 15, 2010

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE