1  ROBERT E. BELSHAW, ESQ. (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
   244 California Street, Suite 300
3  San Francisco, CA 94111
   Telephone: (415) 398-2385
4  Facsimile: (415) 398-5800

5
   Attorneys for JPMorgan
6  Chase Bank, N. A.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10  JAMES HALSEY                        ) Case No.: C 08-01335 JSW
                                        )
11           Plaintiff,                 )
                                        )
12      v.                              ) **STIPULATION OF DISMISSAL WITH**
                                        ) **PREJUDICE AND ORDER THEREON**
13  JP MORGAN CHASE BANK, CHASE         )
    HOME EQUITY CORRESPONDENTS,         )
14  RICK KRADEL AND /OR DOES ONE        )
    THROUGH FIFTY                       )
15                                      )
                                        ) _____
16           Defendants                 )

17  _____

18          **IT IS HEREBY STIPULATED AND AGREED** by and among the

19  parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award

20  of counsel fees or costs by the Court to either side.

21

22  Dated: June 20, 2010                      JP Morgan Chase Bank, NA

23                                            Gutierrez & Associates

24

25  By:_____              By: Robert Belshaw

       Scott Bonagofsky, Esq                  Robert E. Belshaw, Esq.
       Attorney for Plaintiff                 Attorney for JP Morgan Chase
       James Halsey

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

                                    - 1 -